**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy           12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **JGJ Management, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-3399159** |

**4.   Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1726 E. 87th Street** <br> **Chicago, IL 60617** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)   _____

**6.   Type of debtor**

- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership
- ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

   Contact name _____

   Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 22, 2015**
MM / DD / YYYY

X **/s/ JGJ Management, LLC**
Signature of authorized representative of debtor

**JGJ Management, LLC**
Printed name

Title   **Member**

**18. Signature of attorney**

X **/s/ James L. Hardemon**
Signature of attorney for debtor

Date **December 22, 2015**
MM / DD / YYYY

**James L. Hardemon**
Printed name

**Legal Remedies, Chartered**
Firm name

**8525 S. Stony Island
Chicago, IL 60617**
Number, Street, City, State & ZIP Code

Contact phone   **773-374-5288**

Email address

**1126229**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **JGJ Management, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 22, 2015**      X **/s/ JGJ Management, LLC**
Signature of individual signing on behalf of debtor

**JGJ Management, LLC**
Printed name

**Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **JGJ Management, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................    $_____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................    $_____ 0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................    $_____ 0.00

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $_____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.....................................    $_____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.................    +$_____ 530,337.00

4. **Total liabilities** ..........................................................................................
   Lines 2 + 3a + 3b    $_____ 530,337.00

**Fill in this information to identify the case:**

Debtor name   **JGJ Management, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

| | | | |
| --- | --- | --- | --- |
| 3.1.. | **Checking Account** **Last 4 digits of Acc# : 3822** **Fifth Third Bank** | **Checking Account**   3822 | $0.00 |
| 3.2.. | **Savings** **Last 4 digits of Acc# : 3632** **Fifth Third Bank** | **Savings**   3632 | $0.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $0.00

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **JGJ Management, LLC**                                            Case number *(If known)*  _____
Name

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    **JGJ Management, LLC**_____     Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name       **JGJ Management, LLC**
                  First Name              Middle Name              Last Name
United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **JGJ Management, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **24,840.00** |
|---|---|---|---|

**A. DeNovi Service, Inc**
**18650 76th Avenue**
**Tinley Park, IL 60477**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **427.00** |
|---|---|---|---|

**ADT Security Services, Inc.**
**PO Box 371878**
**Pittsburgh, PA 15250-7878**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **4806**

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **145.00** |
|---|---|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    27316                          Best Case Bankruptcy

Debtor 1   **JGJ Management, LLC**                        Case number *(if know)*

First Name       Middle Name       Last Name

---

**ADT Security Services, Inc.**
PO Box 371878
Pittsburgh, PA 15250-7878

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number    **4826**
☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 468.00 |

**ADT Security Services, Inc.**
PO Box 371878
Pittsburgh, PA 15250-7878

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number    **4807**
☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 250.00 |

**American Backflow Prevention**
815 Oakwood Prevention
Lake Zurich, IL 60047

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number
☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 3,072.00 |

**ARC Vision Inc.**
1950 Craig Road, Suite 300
Saint Louis, MO 63146

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number
☐ Yes

---

Debtor 1  **JGJ Management, LLC**
First Name     Middle Name     Last Name

Case number (if know) _____

| | | |
|---|---|---|

**3.7**

**Nonpriority creditor's name and mailing address**
**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Phone/Internet Service**

Date or dates debt was incurred _____

Last 4 digits of account number   **7270**

**Is the claim subject to offset?**

■ No

☐ Yes

$ **1,026.00**

---

**3.8**

**Nonpriority creditor's name and mailing address**
**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Phone/Internet Service**

Date or dates debt was incurred _____

Last 4 digits of account number   **9798**

**Is the claim subject to offset?**

■ No

☐ Yes

$ **983.00**

---

**3.9**

**Nonpriority creditor's name and mailing address**
**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Phone/Internet Service**

Date or dates debt was incurred _____

Last 4 digits of account number   **4440**

**Is the claim subject to offset?**

■ No

☐ Yes

$ **1,174.00**

---

**3.10**

**Nonpriority creditor's name and mailing address**
**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Phone/Internet Service**

$ **1,183.00**

---

Debtor 1   **JGJ Management, LLC**
First Name          Middle Name          Last Name

Case number (if know)

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number   **4700**

■ No
☐ Yes

---

| 3.11 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Phone/Internet Service**

$   **951.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number   **4707**

■ No
☐ Yes

---

| 3.12 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Phone/Internet Service**

$   **860.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number   **6770**

■ No
☐ Yes

---

| 3.13 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Phone/Internet Service**

$   **91.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number   **8020**

■ No
☐ Yes

---

| 3.14 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**AT&T U-Verse**
**PO Box 5014**
**Carol Stream, IL 60197-5014**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **54.00**

---

Debtor 1    **JGJ Management, LLC**    Case number *(if know)* _____

First Name    Middle Name    Last Name

**Basis for the claim:** Phone/Internet Service

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **4996**

☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **94.00** |

**AT&T U-Verse**
**PO Box 5014**
**Carol Stream, IL 60197-5014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Phone/Internet Service

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **4196**

☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **147.00** |

**AT&T U-Verse**
**PO Box 5014**
**Carol Stream, IL 60197-5014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Phone/Internet Service

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **4992**

☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **11.00** |

**AT&T Vertual Telecommunications**
**PO Box 5095**
**Carol Stream, IL 60197-5095**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Phone/Internet Service

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **4826**

☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **15.00** |

---

Debtor 1  **JGJ Management, LLC**

First Name        Middle Name        Last Name

Case number (if know)

---

**AT&T Virtual Telecommunications**
**PO Box 5095**
**Carol Stream, IL 60197-5095**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Phone/Internet Service**

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **4079**

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **4.00** |

**AT&T Virtual Telecommunications**
**PO Box 5095**
**Carol Stream, IL 60197-5095**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Phone/Internet Service**

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **2082**

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **380.00** |

**Automatic Ice Maker**
**3725 NorthTalman**
**Chicago, IL 60618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Consumer Debt**

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **2123**

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **700.00** |

**Bank of America Merchant Services**
**14141 SW Freeway**
**Sugar Land, TX 77478**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Consumer Debt**

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **0884**

---

Debtor 1    **JGJ Management, LLC**
First Name      Middle Name      Last Name      Case number *(if know)*

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 50.00 |

**Chicago Department of Public Health**
**Diresotr of Finance**
**333 S State, Room 200**
**Chicago, IL 60604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Consumer Debt**

Date or dates debt was incurred

Is the claim subject to offset?

☒ No

Last 4 digits of account number    **3398**

☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 698.00 |

**City of Chgo Administrative Hearing**
**PO Box 71429**
**Chicago, IL 60694-1429**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Consumer Debt**

Date or dates debt was incurred

Is the claim subject to offset?

☒ No

Last 4 digits of account number

☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 493.00 |

**City of Chicago - Dept of Finance**
**Water division**
**PO Box 6330**
**Chicago, IL 60680**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Water Bill**

Date or dates debt was incurred

Is the claim subject to offset?

☒ No

Last 4 digits of account number

☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,680.00 |

**City of Chicago-Dept. of Finance**
**121 N Lasalle, Room 107A**
**Chicago, IL 60602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Consumer Debt**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **JGJ Management, LLC**    Case number (if know)
First Name    Middle Name    Last Name

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **77.00** |

**City of Country Club Hills - Water**
**4200 Main Street**
**Country Club Hills, IL 60478**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Water Bill**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **39.00** |

**Clayman Promotional Group**
**3200 Merriam Lane**
**Kansas City, KS 66106**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Consumer Debt**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **14,380.00** |

**Coker Service, Inc.**
**125 West North Avenue**
**Villa Park, IL 60181**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Consumer Debt**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,726.00** |

**Comcast**
**P.O. Box 3001**
**Southeastern, PA 19398**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor 1   **JGJ Management, LLC**

First Name          Middle Name          Last Name                    Case number (if know)

---

**Basis for the claim:** **Cable**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

Last 4 digits of account number   **1023**   ■ No
☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,499.00** |

**Comcast**
**P.O. Box 173885**
**Denver, CO 80217-3885**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Cable services**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

Last 4 digits of account number   **0605**   ■ No
☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **382.00** |

**Comcast**
**P.O. Box 173885**
**Denver, CO 80217-3885**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Cable services**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

Last 4 digits of account number   **8010**   ■ No
☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **1,488.00** |

**Commerce Printers**
**3201 Halladay Street**
**Santa Ana, CA 92705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer Debt**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

Last 4 digits of account number _____   ■ No
☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **859.00** |

---

Debtor 1   **JGJ Management, LLC**
First Name          Middle Name          Last Name                    Case number (if know)

**Commercial Gaskets of Illinois**
**PO Box 591**
**Oak Lawn, IL 60453**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

**Communications Technology**
**PO Box 16160**
**Wichita, KS 67216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 1,664.00 |

**Doyle Signs**
**232 Interstate Road**
**Addison, IL 60101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 35,941.00 |

**East Side Plaza Management, LLC**
**4333 S Pulaski Road**
**Chicago, IL 60632-4008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**   **Contract Complaint**

Date or dates debt was incurred   **2014**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **7882**

☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **JGJ Management, LLC**
_____    Case number (if know) _____
First Name    Middle Name    Last Name

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 448.00 |
|---|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**eLoyalty, LLC**
**9197 S Peoria**
**Englewood, CO 80112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer Debt**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

$ 448.00

---

**Nonpriority creditor's name and mailing address**
**FedEx**
**PO Box 94515**
**Palatine, IL 60094**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer Debt**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

3.38    $ 718.00

---

**Nonpriority creditor's name and mailing address**
**Fire King Security Products**
**2852 Momentum Place**
**Chicago, IL 60689-5328**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer Debt**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

3.39    $ 343.00

---

**Nonpriority creditor's name and mailing address**
**Food Safety Seminar**
**15313 Nicole Court**
**Orland Park, IL 60462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer Debt**

3.40    $ 110.00

---

Debtor 1   **JGJ Management, LLC**

First Name                Middle Name                Last Name                Case number (if know)

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | | $ **400.00** |

**George Colon**
**12922 Baltimore Street**
**Chicago, IL 60633**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer Debt**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | | $ **376.00** |

**Groot Industries**
**PO Box 92257**
**Elk Grove Village, IL 60009-2257**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer Debt**

Date or dates debt was incurred _____

Last 4 digits of account number **7002**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | | $ **291.00** |

**Groot Industries**
**PO Box 92257**
**Elk Grove Village, IL 60009-2257**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer Debt**

Date or dates debt was incurred _____

Last 4 digits of account number **7004**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | | $ **334.00** |

**Groot Industries**
**PO Box 92257**
**Elk Grove Village, IL 60009-2257**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1   **JGJ Management, LLC**

First Name          Middle Name          Last Name

Case number (if know)

**Basis for the claim:**   **Consumer Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   **7007**

■ No

☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **732.00** |

**Hughes Netowork Systems, LLC**
**PO Box 96874**
**Chicago, IL 60693-6874**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   **0529**

■ No

☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **22,670.00** |

**Jackson Lewis, Attorneys at Law**
**150 North Michigan, Suite 2500**
**Chicago, IL 60601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Contract Complaint**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No

☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **7,924.00** |

**JASCO International. LLC**
**7140 W Fort Street**
**Detroit, MI 48209**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No

☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **740.00** |

---

Debtor 1   **JGJ Management, LLC**
First Name          Middle Name                    Last Name                              Case number (if know)

---

**Job 1 Fire Protection Services, Inc**
**13432 S Kolmar**
**Crestwood, IL 60445**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **724.00** |

**Kong Business Solutions**
**448 Prestwick Lane**
**Wheeling, IL 60690**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **29,715.00** |

**Lewis Rice, LLC**
**600 Washington Avenue #2500**
**Saint Louis, MO 63101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **930.00** |

**Mahoney Environmental**
**37458 Eagle Way**
**Chicago, IL 60678-1374**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Consumer Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Official Form 206 E/F            Schedule E/F: Creditors Who Have Unsecured Claims            Page 14 of 24

Debtor 1    **JGJ Management, LLC**
_____    Case number (if know) _____
First Name    Middle Name    Last Name

---

| 3.52 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**MCLJASCO**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer Debt**

$    **160,000.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.53 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Meikem, Inc.**
**50 Joey Drive**
**Elk Grove Village, IL 60007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer Debt**

$    **19,000.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.54 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Modern Imaging Solutions, Inc.**
**22122 Sherman Way, # 209**
**Canoga Park, CA 91303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer Debt**

$    **945.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.55 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Monolith Software Solutions, Inc.**
**17890 Blanco Road, #401**
**San Antonio, TX 78232**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer Debt**

$    **2,087.00**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **JGJ Management, LLC**

| First Name | Middle Name | Last Name |

Case number (if know) _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **77,080.00** |

**Motor City International**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:** **Consumer Debt**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **823.00** |

**Muzak**
**PO Box 71070**
**Charlotte, NC 28272-1070**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:** **Consumer Debt**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **697.00** |

**NUC02, LLC**
**PO box 417902**
**Boston, MA 02241-7902**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:** **Consumer Debt**

Date or dates debt was incurred _____

Last 4 digits of account number  **9317**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **150.00** |

**P&G Plumbing & Sewer**
**1330 W 31st Place**
**Chicago, IL 60608**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor 1   **JGJ Management, LLC**
First Name        Middle Name        Last Name        Case number (if know)

**Basis for the claim:** **Consumer Debt**

Date or dates debt was incurred                **Is the claim subject to offset?**

Last 4 digits of account number              ■ No
                                             ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 477.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------------|----------|

**3.60**  **Peoples Gas**
**PO Box 19100**
**Green Bay, WI 54307-9100**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Utility Bill**

Date or dates debt was incurred                **Is the claim subject to offset?**

Last 4 digits of account number   **2513**     ■ No
                                             ☐ Yes

---

**3.61**  Nonpriority creditor's name and mailing address

**Peoples Gas**
**PO Box 19100**
**Green Bay, WI 54307-9100**

As of the petition filing date, the claim is:       $ 1,339.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Utility Bill**

Date or dates debt was incurred                **Is the claim subject to offset?**

Last 4 digits of account number   **9961**     ■ No
                                             ☐ Yes

---

**3.62**  Nonpriority creditor's name and mailing address

**Peoples Gas**
**PO Box 19100**
**Green Bay, WI 54307-9100**

As of the petition filing date, the claim is:       $ 1,165.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Utility Bill**

Date or dates debt was incurred                **Is the claim subject to offset?**

Last 4 digits of account number   **5171**     ■ No
                                             ☐ Yes

---

**3.63**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:       $ 13,542.00

---

Debtor 1    **JGJ Management, LLC**                                                    Case number *(if know)*
            First Name          Middle Name              Last Name

---

**Pepsi-Cola**
**Lockbox 75948**
**Chicago, IL 60675-5948**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Consumer Debt

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **1032**

☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **26.00** |

**Personnel Concepts**
**PO Box 3353**
**San Dimas, CA 91773-7353**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Consumer Debt

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **622.00** |

**Pro-Tek**
**7475 S Madison**
**Willowbrook, IL 60527**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Consumer Debt

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **26.00** |

**Protection One Alarm Monitoring**
**PO Box 219044**
**Kansas City, MO 64121-9044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Consumer Debt

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **6743**

☐ Yes

---

Debtor 1    **JGJ Management, LLC**

First Name    Middle Name    Last Name    Case number (if know)

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **43,338.00** |

**Nonpriority creditor's name and mailing address**
**QIC, LLC**
**7140 W Fort Street**
**Detroit, MI 48209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer Debt**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.68 |

**Nonpriority creditor's name and mailing address**
**Quikorder, Inc.**
**351 W Hubbard Street, #501**
**Chicago, IL 60654**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer Debt**

$    **9,481.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.69 |

**Nonpriority creditor's name and mailing address**
**Republic Services**
**PO Box 9001154**
**Louisville, KY 40290-1154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer Debt**

$    **1,544.00**

Date or dates debt was incurred

Last 4 digits of account number    **0900**

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.70 |

**Nonpriority creditor's name and mailing address**
**Sentry Pest Control, Inc.**
**PO Box 597541**
**Chicago, IL 60659**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer Debt**

$    **2,145.00**

---

Debtor 1   **JGJ Management, LLC**                                          Case number (if know) _____

First Name          Middle Name          Last Name

---

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **720.00** |

**Service All**
**11612 S Bell Street**
**Chicago, IL 60643**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer Debt**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **6,951.00** |

**Technology Assigned Risk**
**8995 Westside Parkway**
**Alpharetta, GA 30009**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer Debt**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **833.00** |

**Telephonetics, Inc.**
**PO Box 116766**
**Atlanta, GA 30368-6766**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer Debt**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **656.00** |

**TFA Signs**
**5500 N Kedzie**
**Chicago, IL 60625**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor 1    **JGJ Management, LLC**
First Name          Middle Name          Last Name

Case number (if know) _____

---

**Basis for the claim:**    **Consumer Debt**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **82.00** |

**Tyco Integrated security, LLC**
**PO Box 371967**
**Pittsburgh, PA 15250-7967**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer Debt**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **4,161.00** |

**U.S. Refrigeration**
**1250 Karl Court**
**Wauconda, IL 60084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer Debt**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **4,519.00** |

**UFPC Smallwares Connection**
**PO Box 73184**
**Cleveland, OH 44193**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Consumer Debt**

Date or dates debt was incurred _____

Last 4 digits of account number    **4230**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **340.00** |

---

Debtor 1   **JGJ Management, LLC**

First Name         Middle Name         Last Name

Case number (if know) _____

**UFPC United Foodservice**
**950 Breckinridge Lane, #300**
**Louisville, KY 40207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 425.00 |

**US Telecom, Inc.**
**PO Box 970**
**La Verne, CA 91750**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 1,166.00 |

**Village of Crestwood**
**13840 S Cicero**
**Crestwood, IL 60445**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 11,691.00 |

**Wincor Nixdorf, Inc.**
**PO Box 13320 Newark**
**Newark, NJ 07101-3320**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Consumer Debt**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor 1    **JGJ Management, LLC**    Case number (if know)
First Name    Middle Name    Last Name

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AG Adjustments**<br>**740 Walt Whitman Road**<br>**Melville, NY 11747-9090** | Line **3.63**<br>☐ Not listed. Explain | **1032** |
| 4.2 | **American Financial Management**<br>**8755 W. Higgins Rd, #610** | Line **3.2**<br>☐ Not listed. Explain | |
| 4.3 | **Coast to Coast Financial Solutions**<br>**PO Box 2086**<br>**Thousand Oaks, CA 91358-2008** | Line **3.69**<br>☐ Not listed. Explain | |
| 4.4 | **CPA**<br>**PO Box 802068**<br>**Dallas, TX 75380-2068** | Line **3.60**<br>☐ Not listed. Explain | |
| 4.5 | **Credence Excellence Beyond Belief**<br>**6045 Atlantic Blvd, #210**<br>**Norcross, GA 30071** | Line **3.15**<br>☐ Not listed. Explain | |
| 4.6 | **Harris & Harris, LTD**<br>**111 W Jackson, #400**<br>**Chicago, IL 60664-4135** | Line **3.60**<br>☐ Not listed. Explain | |
| 4.7 | **IC Systems, Inc.**<br>**444 Highway 96 East**<br>**PO Box 64794**<br>**Saint Paul, MN 55164-0794** | Line **3.15**<br>☐ Not listed. Explain | |
| 4.8 | **JD Real Estate**<br>**4333 S Pulaski**<br>**Chicago, IL 60632** | Line **3.36**<br>☐ Not listed. Explain | **7882** |
| 4.9 | **Matthew Glees**<br>**c/o Arthur E. Stamas, P.C.**<br>**330 N. Wabash, #2305**<br>**Chicago, IL 60611** | Line **3.36**<br>☐ Not listed. Explain | **7882** |
| 4.10 | **McCarthy, Burgess & Wolff**<br>**26000 Cannon Rd**<br>**Bedford, OH 44146** | Line **3.57**<br>☐ Not listed. Explain | |
| 4.11 | **Prince-Parker & Associates**<br>**8625 Crown Crescent Court**<br>**PO Box 474690**<br>**Charlotte, NC 28247-4690** | Line **3.8**<br>☐ Not listed. Explain | |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **JGJ Management, LLC**                                Case number (if know)
First Name          Middle Name          Last Name

| 4.12 | **RMS, Inc.**<br>**4836 Brecksville Road**<br>**PO Box 280431**<br>**East Hartford, CT 06128-0431** | Line | **3.42** |
| | | ☐ | Not listed. Explain |

| 4.13 | **SKO Brenner American**<br>**PO Box 9320**<br>**Baldwin, NY 11510** | Line | **3.2** |
| | | ☐ | Not listed. Explain |

| 4.14 | **Southwest Credit**<br>**4120 International Pkwy, Ste 1100**<br>**Carrollton, TX 75007-1958** | Line | **3.14** |
| | | ☐ | Not listed. Explain |

| 4.15 | **Stillman Law Office**<br>**30057 Orchard Lake Road, #200**<br>**Farmington Hills, MI 48334** | Line | **3.72** |
| | | ☐ | Not listed. Explain |

| 4.16 | **Wasserstrom**<br>**477 S Front Street**<br>**Columbus, OH 43215** | Line | **3.77** |
| | | ☐ | Not listed. Explain |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $                    0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $          530,337.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $          530,337.00 |

**Fill in this information to identify the case:**

Debtor name  **JGJ Management, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **JGJ Management, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name   **JGJ Management, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **12/15**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2013** to **12/31/2013** | ☐ Operating a business<br>☐ Other _____ | **$1,616,330.00** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.   **Repossessions, foreclosures, and returns**

Debtor    **JGJ Management, LLC** _____    Case number *(if known)* _____

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Coker Service Inc. vs JGJ Management** 15 M1 119997 | **Judgment** | **Circuit Court of Cook County** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2. **East Side Plaza Management, LLC v JGJ Management LLC** 14 M1 137882 | **Civil** | **Cook County Clerk of the Circuit Court** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Debtor | **JGJ Management, LLC** | Case number *(if known)* |
|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Legal Remedies, Chartered**<br>**8527 S. Stony Island**<br>**Chicago, IL 60617**<br>**Chicago, IL 60617** | **Attorney Fees** | **December 2015** | **$3,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

Debtor    **JGJ Management, LLC**                                    Case number *(if known)* _____

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Fifth Third Bank 1000 E. 80th Place Merrillville, IN 46410** | **XXXX-2048** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **5/1/15** | **Unknown** |
| 18.2. | **Fifth Third Bank 1000 E. 80th Place Merrillville, IN 46410** | **XXXX-2055** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **5/1/15** | **Unknown** |
| 18.3. | **Fifth Third Bank 1000 E. 80th Place Merrillville, IN 46410** | **XXXX-2774** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **4/23/15** | **Unknown** |

Debtor  **JGJ Management, LLC**                                    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.4. | **Fifth Third Bank**<br>**1000 E. 80th Place**<br>**Merrillville, IN 46410** | XXXX-5327 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 4/23/15 | **Unknown** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **JGJ Management, LLC**                                    Case number *(if known)* _____

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.    **George Korbakes & Co., LLP**
**940 South Frontage Road, Suite 1600**
**Woodridge, IL 60517** | **2013-2015** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Fifth Third Bank**
**1000 E. 80th Place`**
**Merrillville, IN 46410** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

Debtor    **JGJ Management, LLC**                                                      Case number *(if known)* _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Louis James | | Member | 80% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Henry Gray | | Member | 10% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Jackson | | Member | 10% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **JGJ Management, LLC**                                                   Case number *(if known)*

---

**Part 14:**    Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 22, 2015**

**/s/ JGJ Management, LLC**                          **JGJ Management, LLC Member**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **JGJ Management, LLC** _____  Case No. _____
                                    Debtor(s)                    Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____  $ _____ **3,000.00**

   Prior to the filing of this statement I have received _____  $ _____ **3,000.00**

   Balance Due _____  $ _____ **0.00**

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      □ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      □ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 22, 2015**_____        **/s/ James L. Hardemon**_____
_Date_                                             **James L. Hardemon 1126229**
                                                   _Signature of Attorney_
                                                   **Legal Remedies, Chartered**
                                                   **8525 S. Stony Island**
                                                   **Chicago, IL 60617**
                                                   **773-374-5288  Fax: 773-374-5642**
                                                   _Name of law firm_

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **JGJ Management, LLC**
_____   Case No. _____
                                  Debtor(s)   Chapter   **7**   _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **80**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **December 22, 2015**          **/s/ JGJ Management, LLC**
_____          _____
                        **JGJ Management, LLC/Member**
                        Signer/Title

A. DeNovi Service, Inc
18650 76th Avenue
Tinley Park, IL 60477


ADT Security Services, Inc.
PO Box 371878
Pittsburgh, PA 15250-7878


AG Adjustments
740 Walt Whitman Road
Melville, NY 11747-9090


American Backflow Prevention
815 Oakwood Prevention
Lake Zurich, IL 60047


American Financial Management
8755 W. Higgins Rd, #610


ARC Vision Inc.
1950 Craig Road, Suite 300
Saint Louis, MO 63146


AT&T
PO Box 5080
Carol Stream, IL 60197-5080


AT&T U-Verse
PO Box 5014
Carol Stream, IL 60197-5014


AT&T Vertual Telecommunications
PO Box 5095
Carol Stream, IL 60197-5095


AT&T Virtual Telecommunications
PO Box 5095
Carol Stream, IL 60197-5095


Automatic Ice Maker
3725 NorthTalman
Chicago, IL 60618

Bank of America Merchant Services
14141 SW Freeway
Sugar Land, TX 77478


Chicago Department of Public Health
Direstor of Finance
333 S State, Room 200
Chicago, IL 60604


City of Chgo Administrative Hearing
PO Box 71429
Chicago, IL 60694-1429


City of Chicago - Dept of Finance
Water division
PO Box 6330
Chicago, IL 60680


City of Chicago-Dept. of Finance
121 N Lasalle, Room 107A
Chicago, IL 60602


City of Country Club Hills - Water
4200 Main Street
Country Club Hills, IL 60478


Clayman Promotional Group
3200 Merriam Lane
Kansas City, KS 66106


Coast to Coast Financial Solutions
PO Box 2086
Thousand Oaks, CA 91358-2008


Coker Service, Inc.
125 West North Avenue
Villa Park, IL 60181


Comcast
P.O. Box 3001
Southeastern, PA 19398


Comcast
P.O. Box 173885
Denver, CO 80217-3885

Commerce Printers
3201 Halladay Street
Santa Ana, CA 92705


Commercial Gaskets of Illinois
PO Box 591
Oak Lawn, IL 60453


Communications Technology
PO Box 16160
Wichita, KS 67216


CPA
PO Box 802068
Dallas, TX 75380-2068


Credence Excellence Beyond Belief
6045 Atlantic Blvd, #210
Norcross, GA 30071


Doyle Signs
232 Interstate Road
Addison, IL 60101


eLoyalty, LLC
9197 S Peoria
Englewood, CO 80112


FedEx
PO Box 94515
Palatine, IL 60094


Fire King Security Products
2852 Momentum Place
Chicago, IL 60689-5328


Food Safety Seminar
15313 Nicole Court
Orland Park, IL 60462


George Colon
12922 Baltimore Street
Chicago, IL 60633

Groot Industries
PO Box 92257
Elk Grove Village, IL 60009-2257


Harris & Harris, LTD
111 W Jackson, #400
Chicago, IL 60664-4135


Hughes Netwoork Systems, LLC
PO Box 96874
Chicago, IL 60693-6874


IC Systems, Inc.
444 Highway 96 East
PO Box 64794
Saint Paul, MN 55164-0794


Jackson Lewis, Attorneys at Law
150 North Michigan, Suite 2500
Chicago, IL 60601


JASCO International. LLC
7140 W Fort Street
Detroit, MI 48209


JD Real Estate
4333 S Pulaski
Chicago, IL 60632


Job 1 Fire Protection Services, Inc
13432 S Kolmar
Crestwood, IL 60445


Kong Business Solutions
448 Prestwick Lane
Wheeling, IL 60690


Lewis Rice, LLC
600 Washington Avenue #2500
Saint Louis, MO 63101


Mahoney Environmental
37458 Eagle Way
Chicago, IL 60678-1374

Matthew Glees
c/o Arthur E. Stamas, P.C.
330 N. Wabash, #2305
Chicago, IL 60611


McCarthy, Burgess & Wolff
26000 Cannon Rd
Bedford, OH 44146


MCLJASCO


Meikem, Inc.
50 Joey Drive
Elk Grove Village, IL 60007


Modern Imaging Solutions, Inc.
22122 Sherman Way, # 209
Canoga Park, CA 91303


Monolith Software Solutions, Inc.
17890 Blanco Road, #401
San Antonio, TX 78232


Motor City International


Muzak
PO Box 71070
Charlotte, NC 28272-1070


NUC02, LLC
PO box 417902
Boston, MA 02241-7902


P&G Plumbing & Sewer
1330 W 31st Place
Chicago, IL 60608


Peoples Gas
PO Box 19100
Green Bay, WI 54307-9100

Pepsi-Cola
Lockbox 75948
Chicago, IL 60675-5948


Personnel Concepts
PO Box 3353
San Dimas, CA 91773-7353


Prince-Parker & Associates
8625 Crown Crescent Court
PO Box 474690
Charlotte, NC 28247-4690


Pro-Tek
7475 S Madison
Willowbrook, IL 60527


Protection One Alarm Monitoring
PO Box 219044
Kansas City, MO 64121-9044


QIC, LLC
7140 W Fort Street
Detroit, MI 48209


Quikorder, Inc.
351 W Hubbard Street, #501
Chicago, IL 60654


Republic Services
PO Box 9001154
Louisville, KY 40290-1154


RMS, Inc.
4836 Brecksville Road
PO Box 280431
East Hartford, CT 06128-0431


Sentry Pest Control, Inc.
PO Box 597541
Chicago, IL 60659


Service All
11612 S Bell Street
Chicago, IL 60643

SKO Brenner American
PO Box 9320
Baldwin, NY 11510


Southwest Credit
4120 International Pkwy, Ste 1100
Carrollton, TX 75007-1958


Stillman Law Office
30057 Orchard Lake Road, #200
Farmington Hills, MI 48334


Technology Assigned Risk
8995 Westside Parkway
Alpharetta, GA 30009


Telephonetics, Inc.
PO Box 116766
Atlanta, GA 30368-6766


TFA Signs
5500 N Kedzie
Chicago, IL 60625


Tyco Integrated security, LLC
PO Box 371967
Pittsburgh, PA 15250-7967


U.S. Refrigeration
1250 Karl Court
Wauconda, IL 60084


UFPC Smallwares Connection
PO Box 73184
Cleveland, OH 44193


UFPC United Foodservice
950 Breckinridge Lane, #300
Louisville, KY 40207


US Telecom, Inc.
PO Box 970
La Verne, CA 91750

Village of Crestwood
13840 S Cicero
Crestwood, IL 60445


Wasserstrom
477 S Front Street
Columbus, OH 43215


Wincor Nixdorf, Inc.
PO Box 13320 Newark
Newark, NJ 07101-3320

# United States Bankruptcy Court
### Northern District of Illinois

In re  **JGJ Management, LLC**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __JGJ Management, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 22, 2015**

Date

**/s/ James L. Hardemon**

**James L. Hardemon 1126229**

Signature of Attorney or Litigant

Counsel for   **JGJ Management, LLC**

**Legal Remedies, Chartered**
**8525 S. Stony Island**
**Chicago, IL 60617**
**773-374-5288 Fax:773-374-5642**